JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERCE JOSEPH SHERMAN,<br><br>    Petitioner,<br><br>  v.<br><br>RICK HILL, Warden,<br><br>    Respondent. | No. CV 11-5174-JGB (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

JS - 6

DATED: 3/29/13

JESUS G. BERNAL
United States District Judge